

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-13-00749-CV

**IN THE INTEREST OF C.G. AND B.G. CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06759
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Appellee's brief was originally due on February 21, 2014. *See* TEX. R. APP. P. 38.6(b). This court granted Appellee's first motion for extension of time to file the brief until March 11, 2014, for an extension of eighteen days. On March 6, 1014, Appellee filed a second motion for extension of time to file the brief until April 11, 2041, for a total extension of forty-nine days.

Appellee's motion for extension of time is GRANTED. Appellee's brief must be filed with this court by April 11, 2014. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court